AO 442 (Rev. 11/11) (modified) Arrest Warrant                                                                FID 11796484

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) Case No. | 2:25-mj-0069 JDP |
| ANTHONY ROBERT MOZINGO | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

**FILED**
May 02, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

USMS SACRAMENTO RCVD
APR 23 2025 PM 1:37

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     ANTHONY ROBERT MOZINGO                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §2422(b) – Attempted enticement of a minor

Date: April 23, 2025

*Issuing officer's signature*

City and state:   Sacramento, California            Jeremy D. Peterson, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* April 23, 2025, and the person was arrested on *(date)* May 1, 2025
at *(city and state)*                                                .

Date: May 2, 2025

*Arresting officer's signature*

CASEY SNYDER, SA, MSI
*Printed name and title*